# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| ANTHONY BRIAN MALLGREN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-CV-0182-TOR |
| NEW YORK CITY | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Plaintiff's proposed Complaint is dismissed for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    on a motion to Proceed In Forma Pauperis.

Date: 06/21/2013

CLERK OF COURT

s/Linda L. Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk